IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY JUNELL GACHETT,<br><br>    Plaintiff,<br><br>vs.<br><br>C. McCABE, et al.,<br><br>    Defendants.<br>_____/ | 1:13-cv-00172-MJS-(PC)<br><br>ORDER DISREGARDING<br>MOTION TO PROCEED<br>IN FORMA PAUPERIS<br>AS MOOT<br><br>(ECF No. 8) |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action on February 4, 2013 pursuant to 42 U.S.C. Section 1983. (ECF No. 1.)

On February 21, 2013, Plaintiff filed an application to proceed in forma pauperis. (ECF No. 8.) Due to the fact that the court granted Plaintiff's previous application to proceed in forma pauperis in the present case on February 6, 2013, (ECF No. 4), IT IS HEREBY ORDERED THAT Plaintiff's application of February 21, 2013 (ECF No. 8), is DISREGARDED AS MOOT.

IT IS SO ORDERED.

Dated:   February 25, 2013             /s/ *Michael J. Seng*
                                                    UNITED STATES MAGISTRATE JUDGE