UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY JUNELL GACHETT, | CASE No. 1:13-cv-00172-MJS (PC) |
| Plaintiff, | VOLUNTARY DISMISSAL OF ACTION |
| | (ECF No. 11) |
| v. | CLERK SHALL CLOSE CASE |
| C. McCABE, et al., | |
| Defendants. | |
| _____/ | |

    Plaintiff, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action on February 4, 2013 pursuant to 42 U.S.C. Section 1983. (ECF No. 1.)

    Plaintiff consented to extend Magistrate Judge jurisdiction to all proceedings and for all purposes. (ECF No. 5.)

    On February 14, 2013, the Complaint was dismissed for failure to state a claim, but with leave to amend. (ECF No. 6.)

    On February 25, 2013, Plaintiff filed a notice with the Court advising he would not be filing an amended pleading and voluntarily dismissing this action. (ECF No. 11.)

    Under Fed. R. Civ. P. 41(a)(1)(A), a plaintiff may dismiss an action without a court order by filing a notice of dismissal. Plaintiff's motion requesting dismissal of his case is read as a notice of dismissal.

1 | Accordingly, pursuant to Fed. R. Civ. P. 41, this action is hereby DISMISSED
2 | without prejudice.
3 | The Clerk shall CLOSE this case.
4 |
5 | IT IS SO ORDERED.
6 | Dated: February 26, 2013                /s/ *Michael J. Seng*
                                            UNITED STATES MAGISTRATE JUDGE